JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

CATHERINE LEIGH ERTEL,

          Plaintiff,

   v.

ANDREW M. SAUL, Commissioner
of Social Security,

          Defendant.

Case No. CV 18-9603 SS

**JUDGMENT**

    IT IS ADJUDGED that the decision of the Commissioner is REVERSED and that the above-captioned action is REMANDED to the Commissioner for further action consistent with the Court's Memorandum Decision and Order.

DATED: August 21, 2019

                      /S/
             SUZANNE H. SEGAL
             UNITED STATES MAGISTRATE JUDGE